### Law Offices of
### Wong, Wong & Associates, P.C.

| | | |
|---|---|---|
| RAYMOND H. WONG * <br> VALERIE Y. C. WONG * <br> _____ <br><br> ROBERT JUN ‡ <br> NATALYA RUTCHYK * <br> EFRAIM S. LIPSCHUTZ ‡ <br> DOUGLAS DOOLING, JR. ◊ <br> ARDINEZ DOMGJONI * <br> YAEL KLAUSNER ‡ <br><br> * MEMBER NY & NJ BARS <br> ‡ MEMBER NY BAR <br> ◊ MEMBER NJ BAR | 150 BROADWAY, SUITE 1588 <br> NEW YORK, NY 10038 <br> PHONE: (212) 566-8080 <br> FACSIMILE: (212) 566-8960 | NEW JERSEY OFFICE <br> 12 ROSZEL RD, STE A102 <br> PRINCETON, NJ 08540 <br> PHONE: (609) 520-1668 <br> FACSIMILE: (609) 520-1168 |

November 13, 2019

***VIA ECF***
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    **Re:  United States v. Zhongsan Liu, 19 Cr. 804 (VEC)**

Dear Judge Caproni:

Please be advised that this office represents the Defendant in the above-referenced action. The arraignment for Mr. Zhongsan Liu is currently scheduled for November 15, 2019. Due to a scheduling conflict, we are requesting that the arraignment be adjourned to November 18, 2019. We have reached out to AUSA Gillian Grossman, who has no objection adjourning the arraignment to that date.


Sincerely,

Robert Jun