USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

           -against-

ZHONGSAN LIU,

                Defendant.

------------------------------------------------------------X

19-CR-804 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for an arraignment on November 19, 2019;

    WHEREAS Defendant pled not guilty; and

    WHEREAS the Court, pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), inquired into Defendant's informed and knowing waiver of potential conflicts of interest arising from his attorneys' representation of an uncharged co-conspirator and payment of legal fees by a third-party benefactor;

    IT IS HEREBY ORDERED that a continuation of the *Curcio* hearing is scheduled for **December 2, 2019, at 5:00 p.m.**

    IT IS FURTHER ORDERED that Defendant must consult with independent CJA counsel about the risks of representation by conflicted attorneys before the next *Curcio* hearing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act between November 19, 2019, and December 2, 2019, because the Court finds that the ends of justice served by giving Defendant time to consult with unconflicted counsel outweigh the best interests of the public and of Defendant in a speedy trial.

**SO ORDERED.**

Date: **November 19, 2019**
**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**