UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/20/2019__

-------------------------------------------------------------X

UNITED STATES OF AMERICA,          :
                                   :
                    Plaintiff,     :
                                   :          19-CR-804 (VEC)
        -against-                  :
                                   :          ORDER
ZHONGSAN LIU,                      :
                                   :
                    Defendant.     :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 19, 2019, the Court ordered Defendant to consult with independent CJA counsel about the risks of representation by conflicted attorneys before the continued *Curcio* hearing scheduled for December 2, 2019, *see* Dkt. 28;

IT IS HEREBY ORDERED that Peter Brill is appointed to represent Defendant for the limited purpose of the continued *Curcio* hearing. Mr. Brill must both consult with Defendant before the hearing and appear with Defendant at the hearing.

**SO ORDERED.**

**Date: November 20, 2019**                    **VALERIE CAPRONI**
**New York, New York**                    **United States District Judge**