

Peter E. Brill
David Gray
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

**MEMO ENDORSED**

November 20, 2019

<u>Via ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/21/2019
```

    **Re:**    *United States v. Liu*
             **19 Cr. 804**

Dear Judge Caproni:

The Court recently appointed me to consult with Mr. Liu prior to the continued *Curcio* hearing on December 2, 2019. In keeping with that Order, I arranged for a court-approved Mandarin interpreter with whom I have worked in the past to come to my office on Thursday, November 21 to begin that discussion. Mr. Liu was apprised of the meeting by Mr. Wong's office and he has confirmed.

Unfortunately, at around 2:00 p.m. on Wednesday, the interpreter cancelled, citing an emergency. We called other court-approved interpreters with no response. Not wanting to cancel the meeting, I requested a referral from the prior interpreter. He provided one, who agreed to the meeting. She also cancelled, at 7:47 p.m., but provided me a referral to another interpreter, who also backed out. I have now been referred to, and confirmed with, a fourth interpreter, who is not on the court-approved list. She informs me that she has experience interpreting in prior criminal matters.

Given the upcoming Thanksgiving holiday and my scheduling challenges, I am concerned about being able to schedule another meeting prior to December 2. I am therefore requesting authorization from the Court to use an interpreter who is not court-approved, who I will pay directly and be reimbursed from CJA funds. I believe the cost will be around $250.

Thank you for your consideration.

Application GRANTED.

SO ORDERED.

                                            Respectfully submitted,

*/s/ Valerie Caproni*
11/21/2019

HON. VALERIE CAPRONI          Peter E. Brill
UNITED STATES DISTRICT JUDGE

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788