USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

    - v. -

ZHONGSAN LIU,

                           Defendant.
-------------------------------------------------------------------X

19 cr. 804 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Monday, December 2, 2019, will be held in Courtroom 15C, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
            December 2, 2019

_____
VALERIE CAPRONI
United States District Judge