```
UNITED STATES DISTRICT COURT                           USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                          DOCUMENT
-------------------------------------------------------X  ELECTRONICALLY FILED
 UNITED STATES OF AMERICA,               :             DOC #:_____
                                         :             DATE FILED: 2/4/20
                           Plaintiff,    :
                                         :             19-CR-804 (VEC)
              -against-                  :
                                         :                  ORDER
 ZHONGSAN LIU,                           :
                                         :
                           Defendant.    :
-------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a conference to set a trial schedule in this case is scheduled for February 6, 2020, *see* Dkt. 33;

WHEREAS on February 3, 2020, Defendant contacted this Court to request an adjournment of the conference in light of his counsel's recent travel to China; and

WHEREAS the Government consents to the request;

IT IS HEREBY ORDERED that the conference scheduled for February 6, 2020, at 3:00 p.m. is ADJOURNED to **February 14, 2020, at 3:30 p.m.**

IT IS FURTHER ORDERED that time is excluded between February 6, 2020, and February 14, 2020, because the Court finds that in light of counsel's recent travel to China, in the interest of justice time should be excluded so that counsel can respect the 14-day period the CDC is recommending for individuals recently in China. Defendant's interest in having Ms. Wong at the conference outweighs the public's interests in a speedy trial.

**SO ORDERED.**

Date: February 4, 2020
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**