

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2020

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Zhongsan Liu*, **S1 19 Cr. 804 (VEC)**

Dear Judge Caproni:

      Pursuant to the Court's order of February 14, 2020 in the above-referenced matter, the Government writes to respectfully notify the Court that as of February 27, 2020, it has produced all Rule 16 discovery currently in its possession to the defense.  If the Government acquires any additional discoverable materials in the future, it will promptly disclose them.

          Respectfully Submitted,

          GEOFFREY S. BERMAN
          United States Attorney for the
          Southern District of New York

By: _____
          Gillian S. Grossman
          Assistant United States Attorney
          (212) 637-2188

cc:    Defense Counsel (by ECF)