USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA, :
:
Plaintiff, :
: 19-CR-804 (VEC)
-against- :
: ORDER
ZHONGSAN LIU, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS between October 23, 2020, and November 20, 2020, Defendant filed six separate pretrial motions, *see* Dkts. 73, 77, 79, 81, 84, and 86;

IT IS HEREBY ORDERED that the Government must file a single, consolidated response to all of Defendant's pretrial motions. Similarly, Defendant must file a single, consolidated reply covering all of his pretrial motions. The deadlines to respond (December 21, 2020) and to reply (January 11, 2021) remain unchanged.

**SO ORDERED.**

**Date: December 11, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**