USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                Plaintiff

v.

ZHONGSAN LIU

                Defendant.

1:19-CR-00804-VEC

**ORDER FOR ADMISSION
PRO HAC VICE**

      The motion of Daniel Patrick Meyer, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he/she is a member in good standing of the Bar of the District of Columbia; and that his contact information is as follows:

      Applicant's Name: Daniel Patrick Meyer

      Firm Name: Tully Rinckey PLLC

      Address: 2001 L Street NW, Suite 902

      City/State/Zip: Washington, DC 20036

      Telephone/Fax: (202) 375.2222/(202) 640.2059

      Applicant having requested admission Pro Hac Vice to appear for all purpose as counsel for Mr. Zhongsan Liu in the above entitled action;

      IT IS HEREBY ORDERED that Applicant is admitted to the practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local

Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:   January 26, 2021

                                        _____
                                        The Honorable Valerie E. Caproni
                                        United States District Judge
                                        Southern District of New York
                                        Thurgood Marshall U.S. Courthouse
                                        40 Foley Square
                                        New York, New York 10007