```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                            Plaintiff,

                            19-CR-804 (VEC)

            -against-

                          ORDER

   ZHONGSAN LIU,

                            Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS pending before the Court are the Defendant's pretrial motions, *see* Dkts. 73, 77, 79, 81, 84, 86;

      WHEREAS as of February 1, 2021, Defendant's pretrial motions are fully briefed; and

      WHEREAS due to the COVID-19 pandemic, the Court has not yet set a trial date for this matter;

      IT IS HEREBY ORDERED that the parties must appear before the Court for a hearing on the Defendant's pretrial motions on **June 15, 2021, at 10:30 a.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.  At the hearing, the Court will hear oral argument on Defendant's motions.  The Court will not hold an evidentiary hearing or a *Franks* hearing on June 15, 2021, but will determine at the June 15 hearing whether any further proceedings are necessary to decide Defendant's motions.  The Court will also set a tentative trial date and pretrial filings schedule.

      IT IS FURTHER ORDERED that, although the Court believes that time is presently excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), for the avoidance of doubt, pursuant to 18 U.S.C. § 3161(h)(7)(A), time is excluded for the period between April 20, 2021, and June 15, 2021, because the Court finds that the ends of justice served by accommodating

logistical difficulties caused by the COVID-19 pandemic and the complexity of this case outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date: April 20, 2021
New York, New York

**VALERIE CAPRONI**
**United States District Judge**