```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,

                          Plaintiff,

               -against-

  ZHONGSAN LIU,

                        Defendant.
-------------------------------------------------------------- X

19-CR-804 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Government has submitted a classified, *ex parte* motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Federal Rule of Criminal Procedure 16(d) (Dkt. 58);

      WHEREAS the Court permitted Defendant to submit an *ex parte* declaration explaining Defendant's theory of defense to assist the Court in its review of the Government's CIPA motion (Dkt. 72); and

      WHEREAS the Court would benefit from the opportunity to better understand defense counsel's theory of a merits defense at a live, in-person, *ex parte* hearing;

      IT IS HEREBY ORDERED that Defendant must appear before the Court for an *ex parte* hearing concerning his theory of a merits defense on **May 13, 2021, at 10:00 a.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

      IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please

contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

**SO ORDERED.**

Date: April 30, 2021
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

<https://app.certify.me/SDNYPublic>



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.