

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

June 3, 2021

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Liu*, 19 Cr. 804 (VEC)

Dear Judge Caproni:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of June 4, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____/s/_____
Sidhardha Kamaraju
Assistant United States Attorney
(212) 637-6523

cc: Defense Counsel (by ECF)

Application GRANTED. The Clerk of Court is respectfully directed to terminate the appearance of Sidhardha Kamaraju as an attorney of record for the Government in this case.

SO ORDERED.

*[signature]* 6/4/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE