USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,      :
     :
         Plaintiff,      :
     :     19-CR-804 (VEC)
     -against-      :
     :     ORDER
ZHONGSAN LIU,      :
     :
         Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court for oral argument on the Defendant's pretrial motions on June 15, 2021, at 10:30 a.m.;

IT IS HEREBY ORDERED that the June 15 hearing is rescheduled for **June 22, 2021, at 3:00 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 1007.

IT IS FURTHER ORDERED that the Court's prior exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A), to the extent time is not presently excluded under 18 U.S.C. § 3161(h)(1)(D), is extended to June 22, 2021, because the Court finds that the ends of justice served by accommodating logistical difficulties caused by the COVID-19 pandemic and the complexity of this case outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date:  June 8, 2021                               _____
        New York, New York                    **VALERIE CAPRONI**
                                              **United States District Judge**