```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,                  :
                                             :
                              Plaintiff,     :
                                             :      19-CR-804 (VEC)
                 -against-                   :
                                             :      ORDER
  ZHONGSAN LIU,                              :
                                             :
                              Defendant.     :
-------------------------------------------------------------- X
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court for oral argument on the Defendant's pretrial motions on June 22, 2021, at 3:00 p.m.;

IT IS HEREBY ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0804#.

IT IS FURTHER ORDERED that, in light of the new SDNY protocols for non-trial proceedings, Defense counsel must inform the Court not later than one business day prior to the proceeding whether the attorneys who anticipate speaking and the Defendant have been fully vaccinated against COVID-19; the prosecutor(s) must similarly inform the Court whether he or she has been vaccinated on the same time schedule. This notification can be through an email to Chambers.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

**Date:  June 18, 2021**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.