```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

          Plaintiff

v.

ZHONGSAN LIU

          Defendant.

1:19-CR-00804-VEC

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Michael John Freestone, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the Bar of the District of Columbia; and that his contact information is as follows:

Applicant's Name: Michael John Freestone

Firm Name: Tully Rinckey PLLC

Address: 2001 L Street NW, Suite 902

City/State/Zip: Washington, DC 20036

Telephone/Fax: (202) 375.2224/(202) 640.2059

Applicant having requested admission Pro Hac Vice to appear for all purpose as counsel for Mr. Zhongsan Liu in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to the practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local

1

Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:  June 23, 2021

                                                                                   _____
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007