USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                              Plaintiff,

                  -against-

ZHONGSAN LIU,

                            Defendant.
---------------------------------------------------------------- X

19-CR-804 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS pending before the Court is Defendant's motion to suppress FISA-obtained evidence and for a *Franks* hearing in connection with the Government's FISA surveillance (Dkt. 73); and

WHEREAS in opposition to Defendant's motion, the Government filed a classified, *ex parte* supplement (Dkt. 90-1);

IT IS HEREBY ORDERED that the Government must appear for an *ex parte*, *in camera* hearing in connection with its classified supplement on **July 7, 2021, at 3:00 p.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: June 30, 2021**
**New York, New York**

                                                                      **VALERIE CAPRONI**
                                                                      **United States District Judge**