Filed with the Classified
Information Security Officer
CISO [signature]
Date 7/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :       19-CR-804 (VEC)
                                          :
            -against-                     :       FILED IN CAMERA, EX
                                          :       PARTE AND UNDER
ZHONGSAN LIU,                             :       SEAL WITH THE
                                          :       CLASSIFIED
                        Defendant.        :       INFORMATION
-------------------------------------------------------------- X       SECURITY OFFICER OR
                                                  DESIGNEE

MEMORANDUM OPINION & ORDER