

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 2, 2021

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      **Re: *United States v. Zhongsan Liu*, S1 19 Cr. 804 (VEC)**

Dear Judge Caproni:

      The Government writes to provide notice that today the undersigned made a classified, *ex parte* submission to the Court supplementing the Government's June 8, 2021 submission pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

                       Respectfully submitted,
                       AUDREY STRAUSS
                       United States Attorney

          By: _____/s/_____
              Gillian Grossman / Elinor Tarlow
              Assistant United States Attorney
              (212) 637-2188 / 1036

cc:     Defense counsel (by ECF)