```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  UNITED STATES OF AMERICA,                   :
                                              :
                        Plaintiff,            :
                                              :          19-CR-804 (VEC)
             -against-                        :
                                              :              ORDER
  ZHONGSAN LIU,                               :
                                              :
                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/21

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties requested a trial date in the first quarter of next year, *see* Dkt. 129;

IT IS HEREBY ORDERED that a trial is scheduled to commence with jury selection on March 7, 2022. Due to the COVID pandemic, the Southern District of New York is employing a centralized calendaring system. This case is second on the list for jury trials on March 7, 2022, which means that the case will not proceed on March 7, 2022, if the other trial scheduled for that date goes forward. The Court will keep the parties informed of any updates concerning the trial date in this matter.

IT IS FURTHER ORDERED that the Final Pretrial Conference is scheduled for **March 3, 2022, at 2:00 p.m.** in **Courtroom 443**, Thurgood Marshal U.S. Courthouse, 40 Foley Square, New York, NY 10007. To the extent the trial date in this case changes, the Court may adjust the date of the FPTC and will provide the parties with ample notice.

IT IS FURTHER ORDERED that the period between December 31, 2021, and March 7, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The requirement to accommodate safety precautions adopted because of the COVID pandemic, particularly given

the newly detected Omicron variant, outweighs the Defendant's and the public's interest in a speedy trial.

**SO ORDERED.**

Date:  December 2, 2021                       **VALERIE CAPRONI**
       New York, New York                    **United States District Judge**