

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/21

December 7, 2021

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Zhongsan Liu*, S1 19 Cr. 804 (VEC)

Dear Judge Caproni:

    On December 6, 2021, the defendant's motions to dismiss the indictment, to compel discovery, and for a bill of particulars were filed in the above-referenced matter. *See* Dkt. No. 132. The Government writes, with the consent of defense counsel, to respectfully request that it be permitted to file its opposition to the motions by January 4, 2022, and that the defendant be permitted to file his reply to the Government's opposition by January 11, 2022.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Gillian S. Grossman
    Elinor L. Tarlow
    Assistant United States Attorneys
    (212) 637-2188 / 1036

cc:    Defense Counsel (by ECF)

Application GRANTED.

SO ORDERED.

*[signature]* 12/7/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE