Filed with the Classified Information Security Officer
CISO: [signature]
Date: December 14, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,        :        19-CR-804 (VEC)
           -against-              :
                                                    :        FILED IN CAMERA, EX
                                                    :        PARTE AND UNDER
ZHONGSAN LIU,                    :        SEAL WITH THE
                                                    :        CLASSIFIED
                      Defendant.   :        INFORMATION
------------------------------------------------------------- X        SECURITY OFFICER OR
                                                               DESIGNEE

MEMORANDUM OPINION & ORDER