UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                             Plaintiff,

             -against-

ZHONGSAN LIU,

                          Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/7/22

19-CR-804 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Liu's trial is scheduled to commence with jury selection on March 7, 2022; and

WHEREAS this case is second on the list for jury trials on that date, which means that the case will not proceed if the other trial scheduled for that date goes forward;

IT IS HEREBY ORDERED that the parties must inform the Court not later than the close of business on Wednesday, February 9, 2022, whether, if this case does not go forward on March 7, 2022, they can proceed with the trial starting on March 28, 2022.

**SO ORDERED.**

**Date:  February 7, 2022**
       **New York, New York**

                                            **VALERIE CAPRONI**
                                           **United States District Judge**