```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  UNITED STATES OF AMERICA,                                   :
                                                              :
                                   Plaintiff,                 :
                                                              :
                   -against-                                  :
                                                              :
  ZHONGSAN LIU,                                               :
                                                              :
                                   Defendant.                 :
------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/14/22
```

19-CR-804 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS this case is currently second on the list for March 7, 2022; and

WHEREAS March 15, 2022 has become available as a confirmed trial date;

IT IS HEREBY ORDERED that this trial will commence with jury selection on **March 15, 2022**.

IT IS FURTHER ORDERED that the Final Pretrial Conference currently scheduled for March 3, 2022, at 2:00 p.m. is adjourned until **March 7, 2022, at 2:00 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  February 14, 2022
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**