

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/15/22

February 14, 2022

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     <u>United States v. Zhongsan Liu</u>, 19 Cr. 804 (VEC)

Dear Judge Caproni:

In light of today's Order adjusting the trial date from March 7 to March 15, we write with the consent of the government to request that the Court extend the deadlines relating to motions *in limine* as follows:

- The parties' responses to motions *in limine*, be adjourned three days to February 18, 2022; and

- The parties' replies be adjourned one business day to February 22, 2022.

The current deadlines are February 15 for responses and February 18 for replies. As noted above, I have communicated with the prosecutors regarding this proposal and the government consents.

Respectfully submitted,

*Justin S. Weddle*

Justin S. Weddle

---

Application GRANTED. The deadline for the parties' responses is hereby ADJOURNED until **February 18, 2022**, and the deadline for the parties' replies is hereby ADJOURNED until **February 22, 2022**.

SO ORDERED.

*Valerie Caproni*     2/15/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE