

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/25/22__

February 24, 2022

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. Liu, 19 Cr. 804 (VEC)*
        **Mr. Liu's Location During Trial**

Dear Judge Caproni:

    I write with the government's consent to request the Court's permission for Mr. Liu to relocate to a hotel near the Courthouse starting on March 13 and continuing through the trial. Mr. Liu will remain subject to electronic monitoring. In addition, as we finalize arrangements, we will update Pretrial Services regarding the specific details, such as the name and address of the hotel.

    Mr. Liu is presently residing in New Jersey subject to restrictions, including electronic monitoring. We respectfully submit that the requested relocation to a hotel during trial will facilitate Mr. Liu's ability to participate in the defense. We consulted with Pretrial Services regarding this request; Pretrial expressed no objection but informed us that this request should be directed to Your Honor. We consulted with the prosecutors as well, who informed us that they had no objection as long as Pretrial does not object and Mr. Liu remain subject to electronic monitoring.

    Accordingly we respectfully request that Your Honor approve this limited relocation during the trial.

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*
2/25/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Justin S. Weddle*

Justin S. Weddle

weddlelaw.com   |   250 West 55th Street, 30th Floor, New York, NY 10019   |   212-574-6353