**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/22

LAW OFFICES OF
**WONG, WONG & ASSOCIATES, P.C.**

RAYMOND H. WONG *
VALERIE Y. C. WONG *
———————
PAUL ANDERSON GILMER *
NATALYA RUTCHYK *
DOUGLAS DOOLING, JR. °
SURAJ SETHI *
MIKE ZENG♦

150 BROADWAY, SUITE 1588
NEW YORK, NY 10038
PHONE: (212) 566-8080
FACSIMILE: (212) 566-8960

NEW JERSEY OFFICE
12 ROSZEL RD, STE A102
PRINCETON, NJ 08540
PHONE: (609) 520-1668
FACSIMILE: (609) 520-1168

* MEMBER NY & NJ BARS
♦ MEMBER NY BAR
° MEMBER NY, NJ, MA & DC BARS

February 25, 2022

**By ECF**:
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Liu, 19 Cr. 804 (VEC)*
<u>Removal of Attorneys from the Court Record</u>

Dear Judge Caproni:

We are writing to request to remove Efraim S. Lipschutz, Peter E. Sockler, Robert Jun, and Yael Klausner's names from the court record. These attorneys, who have entered appearance in this case, have since left our firm, and they no longer represent the defendant Zhongsan Liu. Thank you.

.

Application GRANTED. The Clerk of Court is respectfully directed to terminate Efraim S. Lipschutz, Peter E. Sockler, Robert Jun, and Yael Klausner from the docket.
SO ORDERED.

*[signature]* 2/25/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Sincerely,

/s/ Paul A. Gilmer, Esq.

Paul A. Gilmer, Esq.
Wong, Wong and Associates, P.C.

1