UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :
                                             :
                          Plaintiff,         :
                                             :
                  -against-                  :
                                             :
ZHONGSAN LIU,                                :
                                             :
                          Defendant.         :
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/28/22____
```

19-CR-804 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS both parties filed motions *in limine* on February 9, 2022, *see* Dkts. 149-50;

      WHEREAS on February 22, 2022, the motions became fully briefed, *see* Dkts. 163-64; and

      WHEREAS in its motion, the Government asked the Court to order Defendant to produce his exhibits by March 2, 2022, *see* Gov. Mem., Dkt. 150 at 75-78, which Defendant opposes as impracticable, *see* Def. Opp., Dkt. 159 at 62-63;

      IT IS HEREBY ORDERED that Defendant must produce his exhibits to the Government not later than **March 3, 2022**.  The Court agrees with the Government that the schedule is not impracticable.  Defendant has had the discovery in this case for years and clearly is well aware of many if not all of the intercepted conversations the Government seeks to introduce.  While (like the Government) Defendant may need to amend or supplement his exhibit list as trial gets closer, he is ordered to provide the Government with his current proposed exhibits.

**SO ORDERED.**

**Date:  February 28, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**