UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                          Plaintiff,

            -against-

ZHONGSAN LIU,

                        Defendant.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/3/22
```

19-CR-804 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    IT IS HEREBY ORDERED that for each party's motions *in limine* that concern the admissibility of particular conversations, the proponent of the evidence must bring transcripts of the full conversations at issue to the Final Pre-Trial Conference on Monday, March 7, 2022, at 2:00 p.m. The parties must bring two courtesy copies for the Court and one courtesy copy for the opposing party.

    IT IS FURTHER ORDERED that, to the extent Defendant's arguments against admissibility of certain conversations rests on the "context" of the conversation, Defendant must be prepared with transcripts for any additional evidence that he is proposing should be admitted if his objection is overruled.

**SO ORDERED.**

Date: March 3, 2022
       New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**