UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                    Plaintiff,

         -against-

ZHONGSAN LIU,

                   Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/22

19-CR-804 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for a final pretrial conference on March 7, 2022;

      IT IS HEREBY ORDERED that, for the reasons stated on the record at the March 7, 2022 conference, the Government's motions *in limine* are GRANTED in part and DENIED in part, and Defendant's motions *in limine* are DENIED. Defendant's request for a hearing on Sarah Chiang's qualifications, *see* Def. Mem., Dkt. 149 at 27, is denied without prejudice to Defendant re-raising an objection if it becomes relevant. The Government's motion to exclude Defendant's own out-of-court statements and to preclude Defendant from questioning witnesses about the "China Initiative", *see* Gov. Mem., Dkt. 150 at 39, 68, is denied without prejudice to either side should a concrete dispute with specific evidence arise. The Court has taken under advisement the following motions from the Government:

- The admissibility of a phone call between Xiao Liang and the director of the University of Georgia Immigration Services, *see id.* at 32;

- Whether Defendant may call Professor Jenny Lee as an expert, *see* Gov. Supp. Mem., Dkt. 182 at 2–7.

IT IS FURTHER ORDERED that not later than March 9, 2022, Defendant must submit a letter of not longer than two pages providing the Court with a revised scope of Professor Lee's proposed testimony with as much particularity as possible.

IT IS FURTHER ORDERED that not later than March 15, 2022, Defendant must submit, if possible, an agreed-upon proposed limiting instruction regarding the Government's exhibits related to the University of Georgia PowerPoint presentation and quiz, as described in the Government's supplemental motion *in limine* at Docket 178. If the parties cannot agree on a limiting instruction, both sides should submit a proposal by March 15, 2022.

IT IS FURTHER ORDERED that not later than March 9, 2022, the parties must provide the Court with a list of places and names to include in the relevant *voir dire* questions to the jury.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motions at Dockets 149 and 178.

**SO ORDERED.**

Date:   **March 7, 2022**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**