USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

ZHONGSAN LIU,

                Defendant.
-------------------------------------------------------------- X

19-CR-804 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the trial in this case will commence with jury selection on Tuesday, March 15, 2022;

    IT IS HEREBY ORDERED that the trial will be conducted in **Courtroom 26A**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

    IT IS FURTHER ORDERED that, although the Court will typically sit from 9:30 a.m. to 5:00 p.m. each day, on Thursday, March 17, 2022, the trial will commence at 10:30 a.m. and end at 5:30 p.m.  The Court erroneously informed the parties that it had an obligation the morning of Wednesday, March 16, 2022, but the obligation is actually on the following day.

    IT IS FURTHER ORDERED that the parties must appear in **Courtroom 26A**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007 at **9:30 a.m.** on **Tuesday, March 15, 2022** for jury selection.  For each following day of trial, as stated at the Final Pre-Trial Conference, the parties must be in the courtroom by 9:15 a.m., with the exception of Thursday, March 17, 2022, when they must be in the courtroom by 10:15 a.m.

**SO ORDERED.**

Date: **March 10, 2022**
      New York, New York

                                       **VALERIE CAPRONI**
                                       **United States District Judge**