Case 1:19-cr-00804-VEC Document 199 Filed 03/14/22 Page 1 of 1



Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/22

March 14, 2022

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Zhongsan Liu**, 19 Cr. 804 (VEC)

Dear Judge Caproni:

    We write to request a modification to the Court's sealed order granting our request (ECF 154 and 167) to show (but not provide copies of) certain discovery materials (identified *ex parte* and under seal) to certain identified individuals and their counsel (also identified *ex parte* and under seal) in order to prepare the defense in this matter. With respect to the particular persons and discovery materials listed in the accompanying *ex parte* sealed exhibit (the "Exhibit"), we request permission to distribute copies of the materials, after apprising those persons of the Court's protective order in this matter and informing them that they are subject to that order. We respectfully request that the Court accept the Exhibit *ex parte* and under seal in order to protect defense strategy.

Respectfully submitted,

Justin S. Weddle

Justin S. Weddle

Application GRANTED. Defendant may file the request to show discovery materials to particular persons under seal.
SO ORDERED.

*Valerie Caproni* 3/14/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

weddlelaw.com | 250 West 55th Street, 30th Floor, New York, NY 10019 | 212-574-6353