USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
::
UNITED STATES OF AMERICA                :
:        19 cr. 804 (VEC)
- v. -                                  :
:        ORDER
ZHONGSAN LIU,                           :
:
                    Defendant.          :
-------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the defendant is REMANDED to the custody of the United States Marshal.

SO ORDERED:

Dated:    New York, New York
         March 22, 2022

_____
VALERIE CAPRONI
United States District Judge