```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  UNITED STATES OF AMERICA,                       :
                                                  :
                            Plaintiff,            :
                                                  :          19-CR-804 (VEC)
               -against-                          :
                                                  :              ORDER
  ZHONGSAN LIU,                                   :
                                                  :
                            Defendant.            :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/30/22__

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Liu was found guilty on the sole count in the indictment on March 22, 2022, *see* Verdict Sheet, Dkt. 209; and

    WHEREAS Mr. Liu has requested an accelerated sentencing date, *see* Dkt. 214;

    IT IS HEREBY ORDERED that Mr. Liu is scheduled for sentencing on **Friday, May 13, 2022 at 11:30 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions from the parties are due not later than **Friday, May 6, 2022**.  The parties will receive an expedited Presentence Investigation Report prior to the deadline for sentencing submissions, and, should they have any objections to the report, they may make them directly to the Court at sentencing.

**SO ORDERED.**

Date:  March 30, 2022
       New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**