

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/22

April 14, 2022

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Zhongsan Liu*, S1 19 Cr. 804 (VEC)

Dear Judge Caproni:

      On March 22, 2022, following the defendant's trial in this case, the Court granted the defendant thirty days to file post-trial motions. (*See* Dkt. 227 at 1431). The Government respectfully writes to request that it be granted until May 9, 2022 to file its response. The defense consents to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:  /s/_____
     Gillian S. Grossman / Elinor L. Tarlow
     Assistant United States Attorneys
     (212) 637-2188 / 1036

cc:    Defense Counsel (by ECF)

---

Application GRANTED in part. The Government must respond to Defendant's post-trial motions not later than **May 2, 2022**. Defendant must reply not later than **May 6, 2022**.

SO ORDERED.

*[signature]* 4/14/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE