```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,                    :
                                                 :
                              Plaintiff,         :
                                                 :                 19-CR-804 (VEC)
                    -against-                    :
                                                 :                      ORDER
    ZHONGSAN LIU,                                :
                                                 :
                              Defendant.         :
                                                 :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/13/22

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a sentencing hearing on March 13, 2022;

IT IS HEREBY ORDERED that, for the reasons stated on the record at the hearing, Defendant's renewed motion for acquittal is DENIED. The Clerk of Court is respectfully directed to close the open motion at Docket 235.

**SO ORDERED.**

Date:  May 13, 2022
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**